# United States District Court
## For The Western District of North Carolina
## Statesville Division

GEORGE ACKLE HARRIS, III,

    Plaintiff(s),  JUDGMENT IN A CIVIL CASE

vs.  CASE NO. 5:03CV23-3-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 9, 2006, Order.

Signed: February 10, 2006

Frank G. Johns, Clerk
United States District Court